

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00932-CV

**IN RE AMERICAN RISK INSURANCE COMPANY, INC.**, Relator

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
                Beth Watkins, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: May 22, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On October 18, 2023, relator filed a petition for writ of mandamus. Relator also filed a motion for emergency stay of the underlying proceedings pending final resolution of the petition for writ of mandamus, which this court granted on October 20, 2023.

Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator did not show it is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The stay imposed on October 20, 2023 is lifted.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018-CI-08516, styled *T4V2, LLC D/B/A City-Base Vista Apartments and T-4 Housing Interests Management, LLC v. American Risk Insurance Company*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.